UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                                           In Bankruptcy

**KEITH REAUME**                          *Case No.: 10-53499-WS*
                                                           *Chapter 7*
                                                           *Honorable WALTER SHAPERO*


_____Debtor (s)_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

       The attached check in the amount of $ .71 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO Box 21126<br>Philadelphia, PA 19114 | 3a | $ .71 |

Dated: March 14, 2011

                                            */s/ BASIL T. SIMON (P26340)*\_\_\_
                                            Chapter 7 Trustee
                                            422 W. Congress, Suite 400
                                            Detroit, MI 48226
                                            313/962-6400
                                            bsimon@sszpc.com